ODELL and Another *v.* GARNETT.

ODELL
v.
GARNETT.

Trespass against a justice and constable for an assault and battery, &c.  The
justice pleaded, that he had entered three fines against the plaintiff for "pro-
fanely swearing three several oaths by taking the name of God in vain," and
that the imprisonment, &c.  The constable pleaded that as constable under
a mittimus in said case, &c., he did, &c.  *Held,* that the description of the
offences in the pleas was sufficient.

APPEAL from the *Hendricks* Circuit Court.

*Thursday,
June 7.*

BLACKFORD, J.—An action of trespass for an assault and bat-
tery and false imprisonment, was brought by *Garnett* against
*M'Millan* and *Odell.*  The defendants pleaded the general issue;
and they, also, each pleaded specially.  *Odell* filed two special
pleas, which are substantially the same.  He states in those
pleas, that he was a justice of the peace, and that as such jus-
tice he had entered three fines against the plaintiff for profane
swearing; and that the imprisonment was occasioned by the
plaintiff's refusal to pay or replevy the fines.  *M'Millan* jus-
tifies as a constable, under a mittimus issued by justice *Odell* in
the case of the fines mentioned in *Odell's* pleas.  A general
demurrer was sustained to the special pleas.  The cause was
then tried on the general issue, and the plaintiff obtained a
judgment.

The justice states in his special pleas, that the fines against
the plaintiff were for "profanely swearing three several oaths
by taking the name of God in vain."  The mittimus relied on
by the constable, shows that it was issued in consequence of the
fines for those offences.

There is no objection made to the special pleas in this case,
except that they do not so describe the offences as to show
them to be finable under the statute.  We think this objection
to the pleas is not sustainable, and that the demurrers should
have been overruled.  The statute prohibits profane swearing
by or in the name of God, and the offences in question are of
that description.  Rev. Code, 1831, p. 194.

*Per Curiam.*—The judgment is reversed and the verdict set
aside with costs.  Cause remanded, &c.

*W. Quarles, C. Fletcher,* and *O. Butler,* for the appellants.
*H. Brown,* for the appellee.